UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                        )
IN RE YASMIN AND YAZ (DROSPIRENONE))            3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION             )     MDL No. 2100
_____ )
                                                        ORDER
                                                        VACATING DISMISSAL

**This Document Relates to:**

| | |
|---|---|
| *Jodie and Mike Coston v.* | No. 3:10-cv-12605-DRH-PMF |
| *Bayer Schering Pharma AG, et al.* | |
| | |
| *Judith Bottino v.* | No. 3:11-cv-11030-DRH-PMF |
| *Bayer HealthCare Pharmaceuticals, Inc., et al.* | |
| | |
| *Kimberly Byrd, et al. v.* | No. 3:11-cv-12890-DRH-PMF |
| *Bayer HealthCare Pharmaceuticals, Inc., et al.*[1] | |
| | |
| *Taylor Kirsten Ham v. Bayer Corp., et al.* | No. 3:11-cv-11177-DRH-PMF |
| | |
| *Katie Chor, et al. v.* | No. 3:11-cv-12891-DRH-PMF |
| *Bayer HealthCare Pharmaceuticals, Inc., et al.*[2] | |
| | |
| *Kristin Lamb, et al. v.* | No. 3:11-cv-12893-DRH-PMF |
| *Bayer HealthCare Pharmaceuticals, Inc., et al.*[3] | |

**ORDER**

---

[1]  This order applies only to plaintiff Crystal Johnston's motion to vacate (*Byrd*, 3:11-cv-12890 Doc. 7).  Additional plaintiffs in this multi-plaintiff action have filed a motion to vacate (*Byrd*, 3:11-cv-12890 Doc. 9).  However, the defendants have not yet responded to that motion to vacate.

[2]  This order applies only to plaintiffs Kellie Griener and Kathryn McAtee's motion to vacate (*Chor*, 3:11-cv-12891 Doc. 8).  Additional plaintiffs in this multi-plaintiff action have filed a motion to vacate (*Chor*, 3:11-12891 Doc. 10).  However, the defendants have not yet responded to that motion to vacate.

[3]  This order applies only to plaintiff Mariella Villegas motion to vacate.

**HERNDON, Chief Judge:**

The specified Plaintiffs in the above captioned matters have filed motions to vacate the Court's orders of dismissal for failure to comply with Plaintiff Fact Sheet Requirements (*Coston*, 3:10-cv-12605 Doc. 9; *Bottino*, 3:11-cv-11030 Doc. 10; *Ham*, 3:11-cv-11177 Doc. 9; *Chor,* 3:11-cv-12891 Doc. 8; *Lamb*, 3:11-cv-12893 Doc. 7). Bayer has filed a notice of non-opposition in each case (*Coston*, 3:10-cv-12605 Doc. 10; *Bottino*, 3:11-cv-11030 Doc. 11  *Ham*, 3:11-cv-11177 Doc. 10; *Lamb*, 3:11-cv-12893 Doc. 11).

Accordingly, the Court hereby **VACATES** the orders dismissing without prejudice plaintiffs' actions in the above titled cases. The Clerk of the Court is directed to **REINSTATE** the plaintiffs' actions. Specifically, the Clerk of the Court shall reinstate the actions of the following plaintiffs:

---

*Jodie and Mike Coston v.*                    No. 3:10-cv-12605-DRH-PMF
*Bayer Schering Pharma AG, et al.*

- The Clerk of the Court shall reinstate **Jodie and Mike Coston**

---

*Judith Bottino v.*                           No. 3:11-cv-11030-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

- The Clerk of the Court shall reinstate **Judith Bottino**

---

*Kimberly Byrd, et al. v.*                    No. 3:11-cv-12890-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al*
- The Clerk of the Court shall reinstate **Crystal Johnston**

---

*Taylor Kirsten Ham v. Bayer Corp., et al.*   No. 3:11-cv-11177-DRH-PMF
- The Clerk of the Court shall reinstate **Taylor Kirsten Ham**

*Katie Chor, et al. v.*  No. 3:11-cv-12891-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*
- The Clerk of the Court shall reinstate **Kellie Griener** and **Kathryn McAtee**

*Kristin Lamb, et al. v.*  No. 3:11-cv-12893-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*
- The Clerk of the Court shall reinstate **Mariela Villegas**

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2012.05.10 12:29:20 -05'00'

**Chief Judge**
**United States District Court**  Date:  May 10, 2012